| JOSE RODRIGUEZ-ZALDIVAR AND DYLCIO RODRIGUEZ CRUZ | * | NO. 2021-CA-0478 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| CHARLES LEGGETT AND PROGRESSIVE CASUALTY INSURANCE COMPANY | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., DISSENTS WITH REASONS**

I respectfully dissent from the majority opinion. Upon review of the entire record, and in consideration of the plaintiffs' failure to support their claims, I find the trial court's March 10, 2021 judgment should be reversed, with a judgment rendered in favor of defendant and dismissing plaintiffs' claims with prejudice.